IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02435-WJM-BNB

NATIONAL ASSOCIATION OF INVESTORS CORPORATION, a Michigan non-profit corporation,

Plaintiff,

v.

BIVIO, INC., a Delaware corporation,
BIVIO SOFTWARE ARTISANS, INC., a Colorado corporation, and
ROBERT NAGLER, an individual,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify Scheduling Order** [docket no. 43, filed August 8, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The Final Pretrial set for **August 21, 2012**, and all deadlines related to that pretrial are **VACATED**.  The dispositive motion deadline and the pretrial conference will be reset once the Motion to Dismiss [40] has been ruled on.

IT IS FURTHER ORDERED that the parties are to file a Status Report within ten (10) days of a ruling on the Motion to Dismiss [40].


DATED:  August 9, 2012